MAY 19, 1976

No. 75-6079. CASH v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Affirmed on appeal from D. C. N. D. Ga. 

No. 75-926. WALTERS v. CALIFORNIA. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 75-1279. ESTEVA v. BOARDMAN. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 75-1360. FRANCIS v. CHRYSLER CORP. ET AL. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 74-5806. NEWMAN v. HENDERSON, WARDEN. C. A. 5th Cir. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Lefkowitz v. Newsome, 420 U. S. 283, 292 n. 9, and Francis v. Henderson, ante, at 542 n. 5. MR. JUSTICE STEVENS took no part in the consideration or decision of this case. 